IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OBEDIAH WALKER III, As Executor of the Estate of Obediah Walker, Jr.<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VIAD CORP,<br><br>　　　　　Defendant. | MDL 875<br><br>CIVIL ACTION NO. 16-215 |

# ORDER

**AND NOW**, this 14th day of February 2019, upon consideration of Defendant Viad Corp's Motion for Summary Judgment (Doc. No. 31), Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (Doc. No. 36), Defendant's Reply in Support of its Motion for Summary Judgment (Doc. No. 37), Plaintiff's Supplemental Response to Defendant's Reply (Doc. No. 54), the arguments of counsel for the parties at the hearing held on February 28, 2018, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 31) is **DENIED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.