IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OBEDIAH WALKER III, As Executor of the Estate of Obediah Walker, Jr.<br><br>Plaintiff,<br><br>v.<br><br>VIAD CORP,<br><br>Defendant. | MDL 875<br><br>CIVIL ACTION NO. 16-215 |

## **ORDER**

**AND NOW**, this 1st day of July 2019, upon consideration of Plaintiff's Motion to Strike the Answer to the Complaint (Doc. No. 65), Defendant's Response in Opposition to the Motion to Strike (Doc. No. 68), and Plaintiff's Reply in Support of his Motion (Doc. No. 69), it is **ORDERED** that Plaintiff's Motion to Strike (Doc. No. 65) is **DENIED**. It is further **ORDERED** that the parties shall have until **September 1, 2019** to complete fact discovery on the limited issue of Defendant's successor in interest defense.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.